McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CR. NO. S-04-079 LKK |
|                                    ) | |
|           Plaintiff,               ) | |
|                                    ) | STIPULATION and ORDER |
|                                    ) | |
| MARCUS EDWARD MOORE,               ) | |
|                                    ) | |
|           Defendants.              ) | |
| _____) | |

   Defendant Marcus Edward Moore, through Randall G. Knox, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for April 26, 2005.  The parties further stipulate that a status conference be placed on the court's June 14, 2005, calendar.

   The parties have continued their negotiations in this case. The government still needs to do more work so that a plea agreement can be finalized for this case, and the defendant's case in the Northern District of California.

   For these reasons, the parties request that the status conference in this case be continued to June 14, 2005.  The parties further agree that time should be excluded through

1

1 | June 14, 2005, from computation under the Speedy Trial Act
2 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
3 | to allow defense counsel to prepare his case.
4 | DATED: April 25, 2005             Respectfully submitted,
5 |                                   McGREGOR W. SCOTT
  |                                   United States Attorney
6 |
  |                                   /s/ Kenneth J. Melikian
7 |
  |                                   By
8 |                                      KENNETH J. MELIKIAN
  |                                   Assistant U.S. Attorney
9 |
10 |
   | DATED: April 25, 2005             /s/ Kenneth J. Melikian
11 |                                   RANDALL G. KNOX
   |                                   Attorney for Defendant
12 |                                   (Signed by Kenneth J. Melikian
   |                                    per telephonic authorization by
13 |                                    Randall G. Knox)
14 |
15 |
16 |      IT IS SO ORDERED.
17 |
18 | DATED: April 25, 2005
   |                                   /s/Lawrence K. Karlton
19 |                                   HON. LAWRENCE K. KARLTON
   |                                   U.S. District Judge
20 |
...
28 |

2

**CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S. NO. 04-079 LKK |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|        v. | ) | |
| | ) | |
| MARCUS EDWARD MOORE, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

    The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on April 25, 2005, she served a copy of the attached:

    STIPULATION; ORDER

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California; or by placing said copy into an interoffice delivery receptacle located in the Clerk's Office of the U.S. District Court in Sacramento, California.

**SERVICE BY MAIL**                              **INTEROFFICE DELIVERY RECEPTACLE**

Randall G. Knox
Attorney At Law
870 Market Street
Suite 1152
San Francisco, Ca.  94102

                                                   /s/ Michele R. Ramirez
                                                   MICHELE R. RAMIREZ