McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-04-079 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| | ) | |
| MARCUS EDWARD MOORE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant Marcus Edward Moore, through Randall G. Knox, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for June 14, 2005.  The parties further stipulate that a status conference be placed on the court's July 19, 2005, calendar.

The parties are continuing their negotiations in this case, and are attempting to reach a package disposition with this case and a case against the defendant in the Northern District of California.  More work needs to be done so that a plea agreement can be finalized for the two cases.

For these reasons, the parties request that the status conference in this case be continued to July 19, 2005.  The

1

```
 1 | parties further agree that time should be excluded through
 2 | July 19, 2005, from computation under the Speedy Trial Act
 3 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
 4 | to allow defense counsel to prepare his case.
 5 | DATED: June 9, 2005              Respectfully submitted,
 6 |                                  McGREGOR W. SCOTT
 7 |                                  United States Attorney
   |                                  /s/ Kenneth J. Melikian
 8 |
   |                                  By
 9 |                                    KENNETH J. MELIKIAN
   |                                  Assistant U.S. Attorney
10 |
11 |
   | DATED: June 9, 2005              /s/ Kenneth J. Melikian
12 |                                  RANDALL G. KNOX
   |                                  Attorney for Defendant
13 |                                  (Signed by Kenneth J. Melikian
   |                                   per telephonic authorization by
14 |                                   Randall G. Knox)
15 |
16 |
17 |      IT IS SO ORDERED.
18 |
19 | DATED: June 9, 2005              /s/Lawrence K. Karlton
   |                                  HONORABLE LAWRENCE K. KARLTON
20 |                                  U.S. District Court Judge
```

2

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S. NO. 04-079 LKK |
| Plaintiff, ) | |
| v. ) | |
| MARCUS EDWARD MOORE, ) | |
| Defendant. ) | |

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on June 9, 2005, she served a copy of the attached:

STIPULATION; ORDER

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California; or by placing said copy into an interoffice delivery receptacle located in the Clerk's Office of the U.S. District Court in Sacramento, California.

**SERVICE BY MAIL**                              **INTEROFFICE DELIVERY RECEPTACLE**

Randall G. Knox
Attorney At Law
870 Market Street
Suite 1152
San Francisco, Ca.  94102

/s/Michele R. Ramirez
MICHELE R. RAMIREZ

3