```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>              Plaintiff,      )<br>                              )<br>                              )<br> MARCUS EDWARD MOORE,         )<br>                              )<br>              Defendants.     )<br>_____) | CR. NO. S-04-079 LKK<br><br><br>STIPULATION; ORDER |

    Defendant Marcus Edward Moore, through Randall G. Knox, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for July 19, 2005.  The parties further stipulate that a status conference be placed on the court's August 23, 2005, calendar.

    The parties are continuing their negotiations in this case, and are attempting to reach a package disposition with this case and a case against the defendant in the Northern District of California.  Both parties have been in contact with the Assistant U.S. Attorney in the Northern District in an effort to reach a package disposition, but more work still needs to be done to reach that goal.

1  For these reasons, the parties request that the status
2  conference in this case be continued to August 23, 2005.  The
3  parties further agree that time should be excluded through August
4  23, 2005, from computation under the Speedy Trial Act pursuant to
5  local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow
6  defense counsel to prepare his case.
7  DATED: July 15, 2005           Respectfully submitted,

   McGREGOR W. SCOTT
   United States Attorney

   /s/ Kenneth J. Melikian

   By
     KENNETH J. MELIKIAN
   Assistant U.S. Attorney

   DATED: July 15, 2005           /s/ Kenneth J. Melikian
                                  RANDALL G. KNOX
                                  Attorney for Defendant
                                  (Signed by Kenneth J. Melikian
                                   per telephonic authorization by
                                   Randall G. Knox)

        IT IS SO ORDERED.

   DATED: July 15, 2005           /s/Lawrence K. Karlton
                                  HONORABLE LAWRENCE K. KARLTON
                                  U.S. District Court Judge

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>        Plaintiff,               )<br>                                  )<br>            v.                    )<br>                                  )<br> MARCUS EDWARD MOORE,             )<br>                                  )<br>        Defendant.                )<br>_____) | CR. S. NO. 04-079 LKK |

        The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

  That on July 15, 2005, she served a copy of the attached:

        STIPULATION; ORDER

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California; or by placing said copy into an interoffice delivery receptacle located in the Clerk's Office of the U.S. District Court in Sacramento, California.

**<u>SERVICE BY MAIL                              INTEROFFICE DELIVERY RECEPTACLE</u>**

Randall G. Knox
Attorney At Law
870 Market Street
Suite 1152
San Francisco, Ca.  94102


                                        /s/Michele R. Ramirez
                                        MICHELE R. RAMIREZ

3