McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-04-079 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION and ORDER |
| | ) | |
| MARCUS EDWARD MOORE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant Marcus Edward Moore, through Randall G. Knox, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for August 23, 2005.  The parties further stipulate that a status conference be placed on the court's September 20, 2005, calendar.

The parties have been continuing their negotiations in this case, and are attempting to reach a package disposition with this case and a similar case against the defendant for which he has been indicted in the Northern District of California.  Both parties have been in contact with the Assistant U.S. Attorney in the Northern District in an effort to reach a package disposition, but more work still needs to be done to reach that goal.

1

1    For these reasons, the parties request that the status
2 conference in this case be continued to September 20, 2005.  The
3 parties further agree that time should be excluded through
4 September 20, 2005, from computation under the Speedy Trial Act
5 pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
6 to allow defense counsel to prepare his case.
7 DATED: August 19, 2005          Respectfully submitted,

                                 McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Kenneth J. Melikian
                                 KENNETH J. MELIKIAN
                                 Assistant U.S. Attorney


DATED: August 19, 2005           /s/ Kenneth J. Melikian
                                 RANDALL G. KNOX
                                 Attorney for Defendant
                                 (Signed by Kenneth J. Melikian
                                  per telephonic authorization by
                                  Randall G. Knox)



     IT IS SO ORDERED.


DATED: August 22, 2005           /s/ Lawrence K. Karlton
                                 HONORABLE LAWRENCE K. KARLTON
                                 Senior, U.S. District Court Judge