McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca. 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-04-079 LKK |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| MARCUS EDWARD MOORE, ) | |
| Defendants. ) | |

Defendant Marcus Edward Moore, through Randall G. Knox, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for September 20, 2005. The parties further stipulate that a status conference be placed on the court's October 4, 2005, calendar.

The parties have been continuing their negotiations in this case, and are attempting to reach a package disposition with this case and a similar case against the defendant for which he has been indicted in the Northern District of California. Both parties have been in contact with the Assistant U.S. Attorney in the Northern District in an effort to reach a package disposition, but more work still needs to be done to reach that goal. We

1 should know by October 4th whether a package disposition can be
2 reached.
3     For these reasons, the parties request that the status
4 conference in this case be continued to October 4, 2005.  The
5 parties further agree that time should be excluded through
6 October 4, 2005, from computation under the Speedy Trial Act
7 pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
8 to allow defense counsel to prepare his case.
9 DATED: September 16, 2005          Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Kenneth J. Melikian

                                    By
                                       KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney


DATED: September 16, 2005          /s/ Kenneth J. Melikian
                                    RANDALL G. KNOX
                                    Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
                                     per telephonic authorization by
                                     Randall G. Knox)



     IT IS SO ORDERED.


DATED: September 19, 2005          /s/ Lawrence K. Karlton
                                    HONORABLE LAWRENCE K. KARLTON
                                    U.S. District Court Judge

2

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on SEPTEMBER 16, 2005, she served a copy of **STIPULATION AND ORDER** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

Randall Gary Knox
Law Office of Randall Knox
870 Market Street
Suite 1152
San Francisco, CA 94102

1.

_____
MICHELE RAMIREZ

3