MCGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700


                 IN THE  UNITED  STATES  DISTRICT  COURT  FOR  THE

                     EASTERN  DISTRICT  OF  CALIFORNIA


UNITED STATES OF AMERICA,        )  CR. NO. S-04-079 LKK
                                 )
                    Plaintiff,   )
                                 )  SUMMARY ORDER
                                 )
MARCUS EDWARD MOORE,             )
                                 )
                    Defendant.   )
_____  )


     This case came before the court on October 4, 2005, for a
status conference.  Plaintiff United States of America was
represented by Assistant U.S. Attorney Kenneth J. Melikian.  The
defendant appeared, in custody, with Attorney Randall G. Knox.

     The parties requested that the status conference continue to
November 1, 2005.  The parties indicated that they are still
negotiating a package disposition which would also include a case
against the defendant in the Northern District of California.
The parties further stated that they expected a Rule 20 transfer
of that Northern District case to the Eastern District, but that
the authorities in the Northern District needed additional time
to approve the disposition.  The parties, including the defendant

                                 1

1  personally, further agreed that time should be excluded through

2  November 1st from the Speedy Trial Act pursuant to local code T4.

3      ACCORDINGLY:  This matter is set for a status conference on

4  November 1, 2005, at 9:30 a.m.  Additionally, time is excluded

5  through November 1, 2005, from computation under the Speedy Trial

6  Act, pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)),

7  in order to afford defense counsel reasonable time to prepare his

8  case.

9

10     IT IS SO ORDERED.

11

12 DATED: October 5, 2005          /s/ Lawrence K. Karlton
                                   HONORABLE LAWRENCE K. KARLTON
13                                 U.S. District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2