McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-04-079 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| | ) | |
| MARCUS EDWARD MOORE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Defendant Marcus Edward Moore, through Randall G. Knox, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for November 1, 2005.  The parties further stipulate that a status conference be placed on the court's November 29, 2005, calendar.

    The parties have been continuing their negotiations in this case, and are attempting to reach a package disposition with this case and a similar case against the defendant for which he has been indicted in the Northern District of California.  Both parties have been in contact with the Assistant U.S. Attorney in the Northern District in an effort to reach a package disposition, but more work still needs to be done in the Northern District to

1 | reach that goal.  We hope to know by November 29th whether a
2 | package disposition can be reached.
3 |     For these reasons, the parties request that the status
4 | conference in this case be continued to November 29, 2005.  The
5 | parties further agree that time should be excluded through
6 | November 29, 2005, from computation under the Speedy Trial Act
7 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
8 | to allow defense counsel to prepare his case.
9 | DATED: October 31, 2005           Respectfully submitted,
10 |                                   McGREGOR W. SCOTT
                                       United States Attorney
11 |
                                       /s/ Kenneth J. Melikian
12 |
                                       By
13 |                                      KENNETH J. MELIKIAN
                                         Assistant U.S. Attorney
14 |
15 |
      DATED: October 31, 2005         /s/ Kenneth J. Melikian
16 |                                   RANDALL G. KNOX
                                       Attorney for Defendant
17 |                                   (Signed by Kenneth J. Melikian
                                        per telephonic authorization by
18 |                                    Randall G. Knox)
19 |
20 |
21 |      IT IS SO ORDERED.
22 |
      Dated: October 31, 2005         /s/Lawrence K. Karlton
23 |                                   HONORABLE LAWRENCE K. KARLTON
                                       Senior, United States District Judge
24 |
25 |
26 |
27 |
28 |

2