**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
MARCUS EDWARD MOORE

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  Cr. S-04-0079 LKK |
| Plaintiff, | **ORDER RE:** |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| MARCUS EDWARD MOORE | |
| Defendant | |

The defendant, MARCUS EDWARD MOORE, by and through his current attorney of Record Randall Knox, hereby substitutes Johnny L. Griffin III and the Law Offices of Johnny L. Griffin III, 1010 F Street, Suite 200, Sacramento, CA 95814, (916) 444-5557 as his Attorney of Record in place and stead of Attorney Randall Knox.

Dated: November 8, 2005         _____/S/_____
                                RANDALL KNOX
                                Attorney at Law

Dated: November 5, 2005         _____/S/_____
                                MARCUS EDWARD MOORE
                                Defendant

SUBSTITUTION OF ATTORNEY - 1

I accept the above substitution.

Dated: November 5, 2005                         /S/
                                      JOHNNY L. GRIFFIN, III
                                      Attorney at Law

**IT IS SO ORDERED.**

Dated: November 10, 2005        /s/ Lawrence K. Karlton
                                HONORABLE LAWRENCE K. KARLTON
                                Senior, U.S. District Judge