MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>    v.                               )<br>                                     )<br> MARCUS EDWARD MOORE                  )<br>                                     )<br>            Defendant.               )<br> _____) | CASE NO. S 04-79 LKK<br><br><br><br>**AMENDED** ORDER EXCLUDING TIME |

   The time beginning December 6, 2005 and extending through December 13, 2005 is ordered excluded from the calculation of time under the Speedy Trial Act.  There are two independently sufficient grounds for the exclusion.  First, a time exclusion is appropriate for transfer of proceedings.  18 U.S.C. § 3161(h)(1)(G).

   Second, the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, counsel for the Defendant requires additional time to evaluate a proposed plea agreement in this case.  The Court finds that the interests of justice served

by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

　　The time between November 29, 2004 and December 6, 2004 was also properly excluded for both of the same reasons set forth above.

DATE: December 7, 2005

　　　　　　　　　　　　　　　　　/s/ Lawrence K. Karlton
　　　　　　　　　　　　　　　　　HON. LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　U.S. District Judge