```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
                IN THE UNITED STATES DISTRICT COURT
 7
              FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
    UNITED STATES OF AMERICA,    )    Case No. CR-S-04-0079 LKK
10                               )
                Plaintiff,       )    STIPULATION AND ORDER
11                               )    CONTINUING JUDGMENT AND
         v.                      )    SENTENCE
12                               )
    MARCUS MOORE,                )
13                               )
                Defendant.       )
14  _____)
```

15      Plaintiff, United States of America, by its counsel,
16 Assistant United States Attorney Jason Hitt, and defendant Marcus
17 MOORE, by his counsel, Johnny L. Griffin, III, Esq., hereby
18 stipulate and agree that the currently-set judgment and
19 sentencing date of March 21, 2006, at 9:30 a.m. should be
20 continued to April 25, 2006, at 9:30 a.m.  On December 13, 2005,
21 the Court accepted the defendant's guilty plea in Case No. 04-
22 0079 LKK.  The parties have signed and filed paperwork in the
23 Northern District of California pursuant to Rule 20 of the
24 Federal Rules of Criminal Procedure to have a related case
25 transferred to this District.
26 / / /
27 / / /
28 / / /

1

The parties believe a continuance of the judgment and sentencing date is appropriate in order to allow the Clerk's Office for the Northern District of California to transfer the appropriate paperwork to this District.

Dated: February 13, 2006        /s/ Jason Hitt
                                JASON HITT
                                Assistant U.S. Attorney


Dated: February 13, 2006        /s/ Jason Hitt
                                Telephonically authorized by
                                Mr. Griffin to sign on 2-13-06
                                JOHNNY L. GRIFFIN, III, ESQ.
                                Counsel for MARCUS MOORE
_____

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that The judgement and sentencing date of March 21, 2006, at 9:30 a.m., is CONTINUED to April 25, 2006, at 9:30 a.m.

IT IS SO ORDERED.

Date: February 22, 2006

                                /s/ Lawrence K. Karlton
                                Lawrence K. Karlton
                                UNITED STATES DISTRICT JUDGE